In the matter of the examination of Frederick H. Johnson in proceedings supplementary to execution, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re JONES. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Holmes Jones. No opinion. Referred to the official referee. Settle order on notice. See, also, 143 N. Y. Supp. 1124.

In re JONES. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Holmes Jones. No opinion. Motion to strike out denied. Settle order on notice. See, also, 143 N. Y. Supp. 1124.

JORDAN v. FAETH et al. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from City Court of New York, Trial Term. Action by Peter P. Jordan against Charles F. Faeth and another. From a judgment for plaintiff on the pleadings, defendants appeal. Modified. Neier, Hance & Van Derveer, of New York City (Thomas Abbott McKennell and Charles Everett Neier, both of New York City, of counsel), for appellants. Feltenstein & Rosenstein, of New York City (Moses Feltenstein, of New York City, of counsel), for respondent.
PER CURIAM. Judgment modified, by granting leave to the defendants to plead anew within six days after service of a copy of the order entered herewith, with notice of entry of the same in the City Court, upon payment of $10 costs, and, as modified, affirmed, without costs of this appeal to either party.

JOSEPH BECK & SONS, Appellants, v. TYNBERG, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Joseph Beck & Sons against Sigmund Tynberg. M. D. Steuer, of New York City, for appellants. E. L. Mooney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 App. Div. 881, 137 N. Y. Supp. 1073.

J. P. DUFFY CO. v. TODEBUSH. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the J. P. Duffy Company against August Todebush. No opinion. Motion for leave to appeal to the Court of Appeals (from 157 App. Div. 688, 142 N. Y. Supp. 790) granted. Order filed.

JULIAN, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Louis E. Julian against the New York Times Company. H. Nathan, of New York City, for appellant. A. E. Woodruff, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KEITH, Respondent, v. PAYNE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Ervin A. Keith against Daniel F. Payne. No opinion. Order so far as appealed from affirmed, with $10 costs and disbursements.

KELLER, Appellant, v. CROMBIE, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Augustus R. Keller against Amvernette M. Crombie. N. Vidaver, of New York City, for appellant. G. J. Sproull, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KELLER, Respondent, v. HACKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Agnes Keller against Elizabeth Hackett. No opinion. Judgment affirmed, with costs.

KELLY, Respondent, v. PENNSYLVANIA TUNNEL & TERMINAL R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Mary F. Kelly, as administratrix, etc., against the Pennsylvania Tunnel & Terminal Railroad Company, impleaded with others. W. L. O'Brion, of New York City, for appellant. E. A. Martin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KENDRICK, Respondent, v. JOSEPH L. SIGRETTO & CO., Appellants. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by William Kendrick against Joseph L. Sigretto & Co. No opinion. Judgment and order unanimously affirmed, with costs.

KENT, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by Floyd Kent against the Erie Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, P. J., dissents, upon the ground that the exception to the charge respecting plaintiff's right to board the train was well taken.

KENT, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Ethel O. Kent against the Yonkers Railroad Company. L. F. Crumb, of Yonkers, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

KENYON, Respondent, v. BOWES, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Charles Kenyon against Edward J. Bowes. G. B. Rosenheim, of New York City, for appellant.